# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No. 12-345-2 |
| | : | |
| HAKIM KING #68503-066 | | |
| BIG SANDY | | |
| U.S. PENITENTIARY | | |
| P.O. BOX 2068 | | |
| INEZ, KY 41224 | | |

## ORDER

AND NOW, this 7th day of August, 2015, Sandra H. Adler Gafni, Esquire is appointed as counsel for representation for the above case on remand for resentencing and for appeal, said appointment shall remain in effect until terminated or a substitute attorney is appointed.

BY THE COURT:

*/s/ Michael M. Baylson*

**Michael M. Baylson, U.S.D.J.**

O:\Janice\ORDERS\12-345-2apptofcounsel.wpd